UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MICHAEL B. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No.　3:13-CV-05672-KLS<br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall offer Plaintiff an opportunity for a new hearing, further update the medical record, and issue a new decision.  The ALJ shall also:

- consider all medical source opinions and determine Plaintiff's severe impairments and fashion a complete residual functional capacity finding;

- provide specific reasoning for the weight given to opinion evidence, discussing the evidentiary basis for conclusions, in particular the evidence contained at exhibits 6F, 25F, and 27F;
- consider all mental impairments and functional limitations with the assistance of expert medical testimony;
- further evaluate Plaintiff's subjective complaints; and
- obtain supplemental VE testimony and the ALJ will make findings of fact at step five, addressing whether claimant is able to make a vocational adjustment to other work existing in significant numbers in the national economy.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 8th day of January, 2014.

Karen L. Strombom
United States Magistrate Judge

s/ Leisa A. Wolf
LEISA A. WOLF
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone: (206) 615-3621
FAX: (206) 615-2531
leisa.wolf@ssa.gov