UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| MICHAEL B. JOHNSON, | Civil No. 3:13-CV-05672-KLS |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand dated 1/8/2014.

DATED this 8th day of January, 2014.

Karen L. Strombom
United States Magistrate Judge

Page 1    JUDGMENT - [3:13-CV-05672-KLS]